## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IVANHOE FINANCIAL, INC.              :        Case No. C-1-03-694

        Plaintiff                :        Judge S. Arthur Spiegel

v.                                   :

                                     :

RONALD L. TRESTER, et al

                                     :        **ORDER**

        Defendants.              :


This m atter h aving c ome before t he C ourt u pon t he m otion o f t he P laintiff t o c ompel Defendant First Service Title to execute a release for First Service Title's documents in the possession of the federal government and the Court having considered the memoranda and arguments of counsel and being otherwise duly advised;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel be, and it hereby is, GRANTED. The Defendant First Service Title shall deliver to Plaintiff's counsel within 7 days after the date of this Order an executed and notarized release authorizing the United States Department of Justice to provide copies of the documents obtained from First Service Title by virtue of subpoena.

Dated this 2ⁿᵈ day of June, 2005.

Timothy S. Hogan
Magistrate Judge, United States District Court