IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IVANHOE FINANCIAL, INC. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00694 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| RONALD L. TRESTER, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . In conclusion, the Court GRANTS Janik & Dorman's Motion to Withdraw (doc. 74); GRANTS Plaintiff's Motion for Leave to Voluntarily Dismiss with Prejudice All Remaining Defendants (doc. 77); GRANTS Zajac's Motion for Leave to Voluntarily Dismiss Counterclaims Against Plaintiff (doc. 78); and GRANTS Zajac's Motion for Judgment on the Pleadings on Cross-Claim of First Service (doc. 79). Accordingly, this Matter is hereby DISMISSED from the Court's docket and any other pending Motions are MOOT.

3/28/06                                                            James Bonini, Clerk


                                                                   s/Kevin Moser
                                                                   Kevin Moser
                                                                   Deputy Clerk